EXHIBIT  B

**SOUTHERN PAN SERVICES COMPANY**


**EMPLOYEE STOCK OWNERSHIP PLAN**


**SUMMARY PLAN DESCRIPTION**

SOUTHERN PAN SERVICES COMPANY

EMPLOYEE STOCK OWNERSHIP PLAN

SUMMARY PLAN DESCRIPTION

Southern Pan Services Company (the "Company") established an Employee Stock Ownership Plan ("the Plan" or "ESOP"), as of January 1, 2000, and as amended thereafter. This Summary Plan Description reflects the Plan as of January 1, 2014.

The following Summary Plan Description ("SPD"), explains more of the details of the Plan. If you have any questions, contact a member of the Administrative Committee.

> **Important**: This booklet summarizes the legal document that governs the Plan. Efforts have been made to accurately describe the Plan in this summary. However, if there should be a discrepancy between this SPD and the Plan document – or if the Plan is required to operate in a different manner to comply with federal laws and regulations – the Plan document or the appropriate federal laws and regulations will control.

# TABLE OF CONTENTS

Page

PLAN PARTICIPATION                                                   1
    Who Is Eligible                                                 1
    When Participation Begins                                       1
    Cost of the Plan                                                2

HOW THE PLAN WORKS                                                   2
    Your Plan Account                                               2
    Company Contributions                                           2
    Forfeitures                                                     3

INVESTMENT OF YOUR ACCOUNT                                           3
    Investments                                                     3
    Valuation Date                                                  3
    Your Personal Plan Statement                                    4

RECEIVING PLAN BENEFITS                                              4
    Eligibility for Benefits                                        4
    When You Can Retire                                             4
    Termination of Employment                                       4
    Vesting Schedule                                                5
    Death                                                           5
    When Plan Benefits Are Paid                                     6
    Choosing Your Beneficiary                                       7
    Special Limited Distribution Rights                             7
    Special Rules Regarding Participant Consent                     7

SPECIAL RULES FOR REHIRED OR INACTIVE EMPLOYEES                      8
    Rehired or Inactive Employees                                   8
    Break in Service                                                8
    Hour of Service                                                 8

TOP-HEAVY RULES                                                      9

ADMINISTRATIVE INFORMATION                                           9
    Formal Name and Type of Plan                                    9
    Plan Sponsor                                                    9
    Plan Administrator                                             10
    Plan Trustee                                                  10
    Plan Records                                                  10

# TABLE OF CONTENTS
continued

Page

Plan Identification Numbers                                    10
Legal Matters                                                 10
Employment Rights Not Implied                                 11

ADMINISTRATION AND FINALITY OF CLAIM APPEALS                  11
Uniform Rules                                                 11
Information Required by the Administrator                     11
Missing Participants or Beneficiaries                         11
Review of Benefit Determinations                              12
Administrator's Decision Final                                12
Claims Procedure                                             12
Future of the Plan                                            15
Protection of Your Benefits                                   15
Reduction of Your Benefits                                    15
Voting of Shares                                              15
Taxation of Distributions                                     16

YOUR RIGHTS RELATING TO MILITARY SERVICE                      16

YOUR RIGHTS UNDER ERISA                                       17

# PLAN PARTICIPATION

## Who Is Eligible

You will become eligible to participate in the Plan if you:

are an employee (not an independent contractor, and not classified as a non-resident alien) of the Company receiving W-2 payments and are at least 21 years old;

have completed at least one Year of Service; and

are not a collectively bargained employee (whose benefits have been subject to good faith bargaining) of the Company;

provided however, additional employees may be included (under limited circumstances) in order for the Company to pass minimum coverage tests where necessary or where included due to good faith bargaining under a collective bargaining agreement.

> A Year of Service is credited for eligibility purposes as follows:
>
> An Employee shall be credited with one "Year of Service" if he or she is employed with an Employer for a period of 12-consecutive months following the date he or she first completes an Hour of Service and completes 1,000 Hours of Service during that period. ("Hours of Service" is defined under the heading "Break in Service.")
>
> An Employee who fails to meet this requirement by the last day of the Plan Year following his or her initial date of Service shall be credited with one "Year of Service" if he or she is employed by an Employer during the 12-consecutive months of a Plan Year and completes 1,000 Hours of Service during that period, beginning with the Plan Year that includes the first anniversary of the date on which the Employee first completes an Hour of Service.

## When Participation Begins

You will automatically enter the Plan on the first day of the Plan Year on or after the date you become eligible. For example, if you had 1,000 Hours of Service and are age 21, you will be a Participant for the year. An individual Account will be set up in your name to receive any Company contributions.

<u>Cost of the Plan</u>

The costs of administering the Plan may be paid by the trust fund relating to the Plan, unless the Company elects to pay the expenses.

## HOW THE PLAN WORKS

<u>Your  Plan Account</u>

When you join the Plan, an individual Account is set up under the Plan's trust fund in your name.  Your individual Account will be divided, if necessary, into two separate accounts:

      The <u>ESOP Stock Account</u> holds any Company stock that may be contributed by the Company to the Plan or purchased by the Trustee.

      The <u>ESOP Cash Account</u> holds investments other than Company stock, if any, held by the trust fund from time to time.

<u>Company Contributions</u>

All contributions to your Account are made by the Company; you don't contribute to the Plan.

Your participation in the ESOP gives you  an interest in the Company because your benefit is based on the value of the shares in your ESOP Account. Stock contributions are "allocated" or divided among Participants eligible to share in the contribution for the Plan Year.  Your share of the contribution, if any, will depend upon how much compensation you received during the Plan Year and the compensation received by other eligible Participants.  Unless you die, become disabled or retire, you must be participating in the Plan during a Plan Year, complete 1,000 Hours of Service in such year, and be employed on the last day of the Plan Year for which the contribution, if any, is made in order to be eligible for an allocation of such contribution.

Assuming you have 1,000 Hours of Service in a Plan Year and are employed on the last day of the Plan Year, Company stock and other contributions, if any, will be allocated to your Account in the same proportion that your compensation bears to the total compensation of all eligible Participants for the Plan Year.

> For purposes of computing your allocation of the Company's contribution, compensation includes all regular pay for the Plan Year and any compensation from commissions, overtime and bonuses (but only from the date you enter the Plan). Compensation also includes any of your before-tax contributions to any IRC 401(k) plans and Section 125 "cafeteria" or "flexible benefits" plan. Further, the maximum annual compensation that will be taken into account for determining allocations for 2014 is $260,000 (adjusted thereafter for cost-of-living increases).

## Forfeitures

Forfeitures are created when you terminate employment before becoming entitled to your full benefits (i.e., you are not fully vested) under the Plan. See the heading "Termination of Employment" for details. Your Account may receive a portion of the forfeitures of other terminated Participants. Forfeitures are allocated or divided in basically the same way that contributions, if any, are allocated to your Account.

# INVESTMENT OF YOUR ACCOUNT

## Investments

The purpose of the ESOP is to allow you an interest in the Company. ESOPs may be partially owned or 100% employee owned. Presently, the Company is l00% employee owned through the ESOP. However, technically the ESOP Trustee are the legal owner of the shares, which are held for the benefit of the employee-participants. Also, it is possible that at some later date the ESOP trust may hold other assets.

Of course, there are never any guarantees that the value of any investments, even investments in your own Company, will go up or down.

## Valuation Date

In the ordinary course, the Plan's assets typically will be valued annually as of the last day of the Plan Year (the "valuation date"). Any Company stock held in the Plan is valued by a qualified independent appraiser. On each valuation date, investment earnings or losses will be allocated to your Account. Your share of the Plan assets will be based on your Account balance as of the previous valuation date minus any distributions. When contributions are made by the Company to the Plan, they or stock reflecting such contributions will be added to your Account at such reasonable time or times as

determined by the Company. As an individual account plan, there is no guarantee that any specific amount will be paid to you.

<u>Your Personal Plan Statement</u>

Typically, as soon as practicable after each valuation date, you will receive an itemized statement of your Plan Account.  Your statement will show your Account status as of the valuation date, including the investment results.


RECEIVING PLAN BENEFITS

<u>Eligibility for Benefits</u>

If you are "vested" in your Account when you leave, a portion or all of your Account will be payable to you after you terminate employment.  Also, the full value of your Plan Account – including any investment earnings or losses and contributions made by the Company – is payable to you if you retire, become disabled or die.

<u>When You Can Retire</u>

There are two retirement options under the Plan:

> Normal Retirement - Your Normal Retirement is the date on or after you reach age 65 with at least five (5) years of service.

> Disability Retirement - For purposes of this Plan, you will be considered disabled and may take a Disability Retirement if you have a medically determined mental or physical condition that is so severe that it is impossible for you to perform any gainful occupation.

<u>Termination of Employment</u>

If your employment with the Company is terminated, your benefit under the Plan depends on whether you are vested or not.  "Vested" means that you have earned a permanent right to benefits under the Plan.

If you die, become disabled or are employed on or after your normal retirement age, you will be fully vested in your ESOP Stock Account and your ESOP Cash Account, if any. Otherwise, the following vesting schedule applies to your Account:

<u>Vesting Schedule</u>

| If the Participant's Number of Years of Service Is: | The Vested Percentage of the Account Will Be: |
|---|---|
| Less than 2 years | 0% |
| 2 years but less than 3 years | 20% |
| 3 years but less than 4 years | 40% |
| 4 years but less than 5 years | 60% |
| 5 years but less than 6 years | 80% |
| 6 years or more | 100% |

A Year of Service for vesting purposes is based on any Plan Year in which you have 1,000 Hours of Service (Hours of Service is defined under the heading "<u>Break in Service</u>"), including Service prior to the effective date of the Plan.

<u>Death</u>

If you die while a Participant in this Plan, your beneficiary will receive the full value (100%) of your Plan Account.

If you are married at the time of your death, your spouse will be the beneficiary of the balance in your Account (your "death benefit"), unless you otherwise elect in writing on a form to be furnished to you by the Plan Administrator. HOWEVER, IF YOU WISH TO DESIGNATE A BENEFICIARY OTHER THAN YOUR SPOUSE, YOUR SPOUSE MUST IRREVOCABLY CONSENT TO WAIVE ANY RIGHT TO THE DEATH BENEFIT. YOUR SPOUSE'S CONSENT MUST BE IN WRITING, BE WITNESSED BY A NOTARY OR A PLAN REPRESENTATIVE AND ACKNOWLEDGE THE SPECIFIC NONSPOUSE BENEFICIARY.

If, however,

(i)     your spouse has validly waived any right to the death benefit in the manner outlined above,

(ii)    your spouse cannot be located; or

(iii)   you are not married at the time of your death,

then your death benefit will be paid to the beneficiary of your own choosing in a single lump sum. You may designate the beneficiary on a form to be supplied to you by the Plan Administrator. If you change your designation, your spouse, if any, must again consent to the change.

Since your spouse participates in these elections and has certain rights in the death benefit, you should immediately report any change in your marital status to the Plan Administrator.

<u>When Plan Benefits Are Paid</u>

If you leave the Company before retirement, the Plan Administrator generally can wait up to five years (and sometimes longer) before beginning to make distributions of your vested benefits to you. This is important because if a lot of people left at the same time, the Company might not have enough money to fully pay everyone. If you do have to wait, your stock stays in the Account and can increase or decrease in value. If the Company has borrowed money through the ESOP to buy shares, the Plan Administrator can wait until the loan is repaid before starting to pay you. ESOP rules are designed to give the Company flexibility in paying distributions.

The Company may develop from time to time a policy to address some of these issues. Your distributions will be subject to the distribution policy in effect at the time you leave.

If you leave the Company at or after retirement age, however, then the value of your stock in cash (not the actual shares) will begin to be distributed to you within a year. The same is true if you die or are disabled. You cannot keep the shares. This is because the Company has S-Corporation status, and no stock distributions will be made since the distributions of the ESOP will all be made in cash.

Finally, **y**ou should also know that we have the option to pay you for your stock in installments generally over five years (and sometimes longer). This helps us smooth out payments to make sure the Company always has enough cash.

In no case, however, will your benefit be delayed following your termination of employment more than 60 days after the latest of:

> the end of the year in which you turn 65;

> the end of the year you retired; or

> the 10th anniversary date of the date on which you commenced participation in the Plan.

> You must begin to receive your benefit by the April 1 after the calendar year in which you reach age 70-1/2, if you are not still working for the Company. However, if you are a greater than 5% owner, more restrictive rules will apply.

## Choosing Your Beneficiary

When you become a Plan Participant, you should fill out a form to indicate who you want to be your beneficiary -- the person who will receive your Plan benefits if you die. You can change this designation at any time by filling out a form available from the Plan Administrator. Beneficiary changes are not effective until they are filed with the Plan Administrator on forms acceptable to it (see heading entitled "Plan Administrator").

You may also name a contingent beneficiary to receive your Plan benefits if your beneficiary is not living when you die.

If you choose a beneficiary who is not your spouse, your spouse must consent in writing to the beneficiary you have selected. (For this purpose, your spouse is the person to whom you are married when you begin to receive benefits or, if earlier, when you die.) Your spouse's signature must be witnessed by a Plan representative or a notary public. This is necessary each time you choose a beneficiary other than your spouse.

If you do not designate a beneficiary, or your beneficiary dies before you, your Plan Account will be paid to:

> your surviving spouse; or if none,

> your estate or to relatives (by blood, adoption or marriage) in such proportions as determined by the Plan Administrator.

> Note: A change in your marital status can affect your beneficiary designation. You must notify the Plan Administrator promptly of divorce, death of a spouse or marriage so that your beneficiary designation can be updated to keep it accurate.

## Special Limited Distribution Rights

If stock of the Company has been purchased by the ESOP with the proceeds of a special "acquisition loan," Participants who have attained age 55 and completed 10 years of participation in the Plan, under certain circumstances, may be entitled to elect to withdraw or transfer a portion of their ESOP Stock Account. This so-called "diversification option" can be complicated, so contact the Plan Administrator if you wish to know more about it.

## Special Rules Regarding Participant Consent

The value of your Account will not be distributed to you without your consent prior to age 65 if it exceeds $1,000. However, if your consent is needed and has not been obtained or if you cannot be located, the value of your Account, in the Plan Administrator's discretion, may be segregated and invested in assets other than the stock of the Company.

## SPECIAL RULES FOR REHIRED OR INACTIVE EMPLOYEES

### Rehired or Inactive Employees

If you leave the Company at any time where you are not vested and are rehired at a later date or are inactive for a period of time (i.e., you do not work more than 500 hours during a Plan Year), there are certain rules regarding your service in this Plan.

If you leave the Company, but are later rehired, you will immediately be given vesting credit for your prior service on the date of your reemployment <u>unless</u> you have five (5) consecutive One Year Breaks in Service. If you leave the Company and come back to work after incurring five (5) consecutive One Year Breaks in Service, you will be treated as a new hire and participate in the Plan only after again satisfying the requirements for a new hire. See the heading above entitled <u>When Participation Begins</u>.

### Break in Service

You will have a Break in Service for any Plan Year during which you do not complete more than 500 Hours of Service with the Company. Special rules may apply for maternity and paternity leave and approved leaves, such as military leave. Contact the Plan Administrator for details.

### Hour of Service

An Hour of Service is each hour:

for which you are directly or indirectly compensated by the Company for the performance of duties during the Plan Year; and

for which you are directly or indirectly compensated by the Company for reasons other than performance of duties (vacation, holidays, sickness, disability, military duty, jury duty, etc.) during the Plan Year; and

for which you receive back pay awarded or agreed to by the Company.

Hours of Service are <u>not</u> earned for periods you are paid for:

severance;

worker's compensation claims; or

medical expenses.

## TOP-HEAVY RULES

A plan that primarily benefits "key employees" is called a top-heavy plan. Generally, key employees are defined as certain owners or officers of the Company. A plan is considered top-heavy when more than 60% of the contributions or benefits have been allocated to the accounts of key employees.

Each year the Plan Administrator is responsible for determining whether the Plan is a top-heavy plan. If the Plan is top-heavy for a Plan Year, special rules such as minimum vesting and contribution requirements will apply. (At this time, the Plan is not a top-heavy plan. However, if it becomes top-heavy, this Plan already meets the minimum vesting requirements for a top-heavy plan.) One important rule relating to this Plan is that the Company may need to make a minimum contribution of up to 3% of each non-key Participant's compensation to each non-key Participant's account if any key employee receives a contribution from the Company to his account.

## ADMINISTRATIVE INFORMATION

The Employee Retirement Income Security Act of 1974 ("ERISA") requires that you be given a summary of the Plan. This booklet serves as your Summary Plan Description.

Formal Name and Type of Plan

The Plan described in this booklet is formally known as the "Southern Pan Services Company Employee Stock Ownership Plan." It is also known as a defined contribution plan or a stock bonus plan and is often referred to as "the Plan" in this summary.

Plan Sponsor

The Plan Sponsor for the Plan is Southern Pan Services Company. The address and telephone number is:

Southern Pan Services Company
2385 Lithonia Industrial Blvd

Lithonia, GA 30058
(678) 301-2400

## Plan Administrator

The "Plan Administrator" or the "Administrator" has responsibility for administering most aspects of the Plan. The members of the Committee comprising the Plan Administrator are Ken Dickey and Jeremy Cantrill.

Among other duties, the Plan Administrator is responsible for interpreting the Plan, answering questions, processing benefit claims and authorizing the payment of benefits. Any questions about the Plan may be directed to the Company -- Attention: the ESOP Plan Administrator.

## Plan Trustee

The Trustee for this Plan is Ken Dickey. As Trustee, he holds the Plan's assets and pay benefits at the direction of the Plan Administrator. The business address and telephone number of the Trustee is:

Ken Dickey, Trustee for the Southern Pan Services Company
Employee Stock Ownership Plan
c/o Southern Pan Services Company
2385 Lithonia Industrial Blvd
Lithonia, GA 30058
(678) 301-2400

## Plan Records

All Plan records will be kept on a special fiscal year basis, which is the same as the fiscal year of the Company. The Plan Year is a calendar year ending December 31 of each year.

## Plan Identification Numbers

The following series of numbers should be used in any written correspondence concerning the Plan:

Employer Identification Number: 58-1753231
Plan Number: 002

## Legal Matters

Any legal notices concerning the Plan should be directed to the Administrative Committee of the Plan, as follows:

Attention: Jeremy Cantrill, President
Southern Pan Services
4483 Old Pageland Monroe Road
Monroe, North Carolina, 28112

and

Attention: Bernard V. Kearse, III, Esq.
The Kearse Law Firm, P.C.
5565 Glenridge Conn. NE, Ste. 350
Atlanta, Georgia 30342

Legal notices may also be served on the Trustee at the address previously provided.

Employment Rights Not Implied

Participation in the Plan does not give you the right to continued employment or any other employment rights with respect to the Company.


ADMINISTRATION AND FINALITY OF CLAIM APPEALS

Uniform Rules

The Administrator shall administer the Plan on a reasonable and nondiscriminatory basis and shall apply uniform rules to all persons similarly situated.

## Information Required by the Administrator

Each person entitled to benefits under the Plan will furnish the Administrator with such documents, evidence, data or information as the Administrator considers necessary or desirable for the purpose of administering the Plan. The records of the Employers as to an employee's or a Participant's period of employment, Hour of Service, termination of employment and the reason therefore, leave of absence, reemployment and Compensation will be conclusive on all persons unless determined to the Administrator's satisfaction to be incorrect.

## Missing Participants or Beneficiaries

You and your beneficiary must file with the Plan Administrator from time to time in writing your post office address and each change of post office address of your beneficiary. If you die before you receive all of your vested Account balances, your beneficiary must file any change in his post office address with the Plan Administrator. Any communication, statement or notice addressed to you or your beneficiary at the last post office address filed with the Administrator, or if no address is filed with the Administrator then, in your case, at your last post office address as shown on the Employers' records, will be binding on you and your beneficiary for all purposes of the Plan**.** The Employers, the Trustee, and the Plan Administrator shall not be required to search for or locate you or your beneficiary. If the Administrator gives "notification" to you or your beneficiary that you or your beneficiary are entitled to a payment and includes in such notification the rules described in this paragraph, and you or your beneficiary fail to claim your benefits or make your beneficiary's whereabouts known to the Administrator by the end of the third Plan Year following such notification, your benefits or your beneficiary's benefits will be forfeited. Notification for this purpose must be in writing delivered by certified mail, return receipt requested, and will be effective as the date of the postmark. If, after the forfeiture has occurred, you or your beneficiary later claim your benefits, the amount so forfeited (but not any subsequent earnings thereon) will be reinstated to your Account <u>if your or your beneficiary's claim is timely made as provided below</u>.

## Review of Benefit Determinations

The Administrator will provide notice in writing to any Participant or beneficiary whose claim for benefits under the Plan is denied, and the Administrator will give such Participant or beneficiary a full and fair review of its decision if so requested.

## Administrator's Decision Final

Subject to applicable law, any interpretation of the provisions of the Plan and any decisions on any matter within the discretion of the Administrator made by the Administrator in good faith will be binding on all persons. For example, the Administrator has the full and discretionary power to decide what the Plan provisions

mean; to answer all questions about the Plan; including those about eligibility and benefits; and to supervise the administration of the Plan. The Plan Administrator's decisions are final. A misstatement or other mistake of fact will be corrected when it becomes known, and the Administrator will make such adjustment on account of the misstatement or other mistake of fact as the Administrator considers equitable and practicable.

Claims Procedures

The following rules will apply relating to a Participant or beneficiary.

Rights.  If a Participant or beneficiary has any grievance, complaint or claim concerning any aspect of the operation or administration of the Plan or trust, including but not limited to claims for benefits and complaints concerning the investment of Plan assets (collectively referred to herein as "claim" or "claims"), the participant or beneficiary must submit the claim in accordance with the procedures set forth below.

Time Limits.  All such claims must be submitted within the "applicable limitations period." The "applicable limitations period" is two years, beginning on (i) in the case of any lump sum payment, the date on which the payment was made, (ii) in the case of a periodic payment, the date on which action complained of occurred. Additionally, upon denial of an appeal pursuant to the Appeal Review Procedure in subsection (c) below, a Participant or beneficiary will have 90 days within which to bring suit against the Plan for any claim related to such denied appeal; any such suit initiated after such 90-day period shall be precluded.  This means that if you do not submit the claim or appeal of a claim within these time limits (or bring suit in a court of law within the time limit described above in the situation where you have exhausted your appeals process), you are forever legally prohibited from doing so.

Procedure.  Claims for benefits under the Plan may be filed with the Plan Administrator on forms supplied by the Plan Administrator.

Written Notice.  Generally, the Plan Administrator will furnish the person who is claiming benefits (typically, you or your beneficiary) (the "claimant") with written notice of the disposition of a claim within 90 days after the claims application is filed. However, if special circumstances require an extension of time for processing the claim, the Plan Administrator will furnish written notice of the extension to the claimant prior to the end of the initial 90-day period, and such extension shall not exceed one additional, consecutive 90-day period.  In the event the claim is denied, the notice of the disposition of the claim shall provide the specific reasons for the denial, cites of the pertinent provisions of the Plan, an explanation as to how the claimant can perfect the claim and/or submit the claim for review (where appropriate), and a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse determination on review.

Claims Based on an Independent Determination of Disability. With respect to a claim for benefits under the Plan based on disability (as defined in the Plan) (other than (i) approval for payment of benefits, directly or indirectly, under any long-term disability plan maintained by the Company, or (ii) eligibility for Social Security disability benefits), the Plan Administrator will furnish to the claimant written notice of the disposition of a claim within 45 days after the claims application is filed. However, if matters beyond the control of the Plan Administrator require an extension of time for processing the claim, the Plan Administrator will furnish written notice of the extension to the claimant prior to the end of the initial 45-day period, and such extension shall not exceed one additional, consecutive 30-day period; and, provided further, if matters beyond the control of the Plan Administrator require an additional extension of time for processing the claim, the Plan Administrator will furnish written notice of the second extension to the claimant prior to the end of the initial 30-day extension period, and such extension will not exceed an additional, consecutive 30-day period. Notice of any extension will specifically explain the standards on which entitlement to a benefit is based, the unresolved issues that prevent a decision on the claim, and the additional information needed to resolve those issues. In the event the claim is denied, the notice of the disposition of the claim will provide the specific reasons for the denial, cites of the pertinent provisions of the Plan, an explanation as to how the claimant can perfect the claim and/or submit the claim for review (where appropriate), and a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse determination on review.

Appeal Review Procedure. Any participant or beneficiary who has been denied a benefit, or his duly authorized representative, will be entitled, upon request to the Plan Administrator, to appeal the denial of his claim in accordance with subsection (c)(1) or (c)(2) hereof, as applicable.

Generally. Generally, the claimant or his duly authorized representative may review pertinent documents related to the Plan and in the Plan Administrator's possession in order to prepare the appeal. The form containing the request for review, together with a written statement of the claimant's position, must be filed with the Plan Administrator no later than 60 days after receipt of the written notification of denial of a claim. The Plan Administrator's decision will be made within 60 days following the filing of the request for review and will be communicated in writing to the claimant. However, if special circumstances require an extension of time for processing the appeal, the Plan Administrator will furnish written notice to the claimant prior to the end of the initial 60-day period, and such an extension shall not exceed one additional 60-day period. If unfavorable, the notice of decision shall explain the reason or reasons for denial, indicate the provisions of the Plan or other documents used to arrive at the decision, and state the claimant's right to bring a civil action under ERISA Section 502(a).

Claims Based on an Independent Determination of Disability. With respect to a claim for benefits under the Plan based on disability (as defined in the Plan) (other than (i) approval for payment of benefits, directly or indirectly, under any long-term disability

plan maintained by the Company, or (ii) eligibility for Social Security disability benefits), the Plan Administrator will furnish to the claimant written notice of the disposition of a claim within 45 days after the application is filed. However, if matters beyond the control of the Plan Administrator require an extension of time for processing the claim, the Plan Administrator will furnish written notice of the extension to the claimant prior to the end of the initial 45-day period, and that extension will not exceed one additional, consecutive 30-day period; and, provided further, if matters beyond the control of the Plan Administrator require an additional extension of time for processing the claim, the Plan Administrator will furnish written notice of the second extension to the claimant prior to the end of the initial 30-day extension period, and such extension will not exceed an additional, consecutive 30-day period. Notice of any extension will specifically explain the standards on which entitlement to a benefit is based, the unresolved issues that prevent a decision on the claim and the additional information needed to resolve those issues. In the event the claim is denied, the notice of the disposition of the claim will provide the specific reasons for the denial, cites of the pertinent provisions of the Plan, an explanation as to how the claimant can perfect the claim and/or submit the claim for review (where appropriate), and a statement of the claimant's right to bring a civil action under ERISA Section 502(a) following an adverse determination on review.

Satisfaction of Claim. A Participant or beneficiary may be required to execute a receipt and release in advance of payment. See the Plan Administrator for details.

Future of the Plan

The Plan is entirely voluntary on the part of the Company and may be changed or terminated at any time. For example, the Plan may be changed by the Company because of federal regulations, or it may be terminated for business reasons or for any reason at all.

Protection of Your Benefits

Benefits under the Plan are not subject to the claims of your creditors or creditors of your spouse or other beneficiaries. You may not assign, sell, or commit your unpaid benefits in any way unless the assignment results from a qualified judgment, decree, or order relating to child support, alimony payments or marital property rights under state domestic relations law -- a so-called "Qualified Domestic Relations Order" or "QDRO." The QDRO recognizes the right of someone other than you to receive some or all of your Plan benefits. You will be notified if a QDRO relating to Plan benefits is received. Receipt of a Qualified Domestic Relations Order may allow for an earlier than normal distribution to the person(s) other than the Participant listed in the Order.

Reduction of Your Benefits

You might not receive any benefits or you might receive lower benefits than expected under the following circumstances:

- You do not meet the eligibility requirements for participation.
- You transfer to an affiliated company that does not participate in the ESOP
- You do not meet the requirements for an allocation of contributions for any year.
- You reach a limit on benefits or contributions set by law. (These limits are quite high   and you will be notified if you are affected.)
- The value of your investments or the value of the Company's stock suffers a loss.
- You leave before becoming fully vested.
- Your benefits are subject to a qualified domestic relations order.
- The plan is amended or terminated.
- You or your beneficiary do not submit the necessary documents or the completed benefit request forms that are required for processing.

Voting of Shares

The ESOP trust presently owns all shares of Company stock held by the Plan, and the ESOP Trustee are the legal shareholder of that stock. Under certain circumstances, as an ESOP Participant, you may have the right to direct the Trustee to vote the shares of stock in your account. Depending on shareholder laws in the state where the Company is incorporated, examples of these issues might be as follows.

- Mergers, consolidations, or a sale of all or substantially all of the Company's assets;

- Recapitalizations and reclassifications; and
- Liquidations and dissolutions.

In these circumstances, you do not vote the shares yourself – rather you provide direction by proxy to the Trustee, who will vote the shares. The Trustee must fulfill fiduciary duties under the Employee Retirement Income Security Act of 1974 (ERISA).

Taxation of Distributions

 As part of your distribution request, you will designate the form of payment. The following options are generally available to you.

- Make a direct rollover of your distribution amount to another qualified retirement plan or Individual Retirement Account (IRA) and continue to defer paying taxes (if you are younger than age 70½).
- Elect a payment in cash and pay applicable taxes and early withdrawal penalty (if any).

Should you choose a payment in cash, you have 60 days after the check is issued to roll into another qualified plan or IRA, without paying taxes. Unless you meet the age criteria (typically age 59½ or older), cash distributions from a qualified retirement plan or IRA

are subject to an early withdrawal penalty, which must be paid when the related taxes are due. Taxes on distributions can be complicated. Once you become eligible for a distribution from your ESOP account, you should consult with a tax advisor before making any decisions.

## YOUR RIGHTS RELATING TO MILITARY SERVICE

The Internal Revenue Code requires that, under the Plan, service credit with respect to certain qualified military service be handled in a way that is consistent with the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA") or the Heroes Earnings Assistance and Relief Tax ("HEART") Act. Thus, if you leave your employ with the Company for military service and then return, under certain circumstances, you may be entitled to service credit or other rights under the Plan. These rules are complex. Please see the Plan Administrator if you believe you may have rights under this law.

## YOUR RIGHTS UNDER ERISA

As a Participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan Participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including any applicable insurance contracts and collective bargaining agreements, if any, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Descriptions. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report (Form 5500). The Plan Administrator is required by law to furnish each Participant with a copy of this summary annual report.

Obtain, once a year, a statement from the Plan Administrator regarding your accrued benefit under the Plan and the nonforfeitable (vested) portion of your accrued benefit, if any. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

In addition to creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the operation of the Employee Benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan Participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA. If your claim for a pension benefit is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, and if you have exhausted the claims procedures available to you under the Plan (discussed under the heading Claims Procedures) you may file suit in a state or federal court. In addition, if you disagree with the Plan Administrator's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.