# EXHIBIT C

# MONNOLLY PRIDGEN LLC

Tower Place
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326

www.mplaw-llc.com

Nancy B. Pridgen           404.551.5884 direct           E-mail: nancy@mplaw-llc.com
                           678.812.3654 facsimile

December 29, 2014

Southern Pan Services Company
Attn: The ESOP Plan Administrator
2385 Lithonia Industrial Blvd.
Lithonia, GA 30058

Re:   *Timothy Postma – Request for Distribution of Vested ESOP Account*

Dear Messrs. Jeremy Cantrill/Ken Dickey (the ESOP Plan Administrator):

As you may recall from prior email correspondence in November, I am representing Timothy Postma ("Mr. Postma") with regard to his interest in the Southern Pan Services Employee Stock Ownership Plan ("ESOP").

According to the attached Participant Statement of Account ("Statement"), since his employment termination on October 31, 2009, Mr. Postma's account has contained a vested account balance of 444.3512 shares of Southern Pan Services stock. Mr. Postma is seeking distribution of his vested account.

Pursuant to the ESOP plan document, specifically Section 11.4(a)(ii)(C), Mr. Postma is entitled to distribution of his vested account "no later than the 180th day following the close of the Plan Year which is the fifth Plan Year following the Plan Year in which the Participant's Settlement Date [termination date] occurs." Given Mr. Postma's termination occurred in the 2009 Plan Year, and it is now December of 2014, we are nearing the close of the fifth Plan Year following his termination. His distribution is therefore due "no later than" **June 29, 2015**. (Of course, that does not prevent the Administrator from making an earlier distribution.) Further, the ESOP plan document specifically provides for distribution of a participant's vested account in a single lump sum of cash. Mr. Postma **elects to receive his distribution in a single lump sum** of cash, rather than in shares.

It is my understanding, pursuant to the plan's Summary Plan Description ("SPD"), that there may be an official claim form for requesting this distribution. If there is such a form required, please send it to me as soon as possible. There is also a mention in the SPD of the possible existence of a "distribution policy in effect at the time [Mr.

Postma left employment]." Please send me a copy of such policy as well, as soon as possible.

Thank you in advance for your prompt and professional attention to these matters. If you have any questions or require clarification of anything in this letter, please contact me immediately at (404) 551-5884 or nancy@mplaw-llc.com.

Sincerely,

*Nancy B. Pridgen*

Nancy B. Pridgen

cc via email: Tim Postma, Bernard Kearse
Encl.

**Southern Pan Services Company
Employee Stock Ownership Plan
2385 Lithonia Industrial Blvd.
Lithonia, Georgia 30058**



Participant Statement of Account
January 1, 2011 to December 31, 2011

| | |
|---|---|
| Social Security Number | XXX-XX-1516 |
| Date of Birth | 10/16/63 |
| Date of Hire | 5/10/94 |
| Date of Termination | 10/31/2009 |
| Vest % | 100% |

TIMOTHY J POSTMA
5431 PILOTS PLACE

NEW PORT RICHEY  FL 34652

| Account Activity | Number of Shares |
|---|---:|
| Value of Your Account as of 1/1/2011 (reflected as shares) | 444.3512 |
| Employer Contribution | 0.0000 |
| (Forfeitures)/Forfeitures Reallocated | 0.0000 |
| Distributions | 0.0000 |
| Number of shares in Your Account as of 12/31/2011 | 444.3512 |

| | |
|---|---:|
| Value of Your Account: | $52,433.44 |
| Vested Value of Your Account: | $52,433.44 |

The Company contribution is determined as a percent of your eligible earnings.

The Value of your Account is based on Southern Pan Services stock price of $118.00, determined by an independent third party, as of 12/31/2011.

In the event of your termination due to death, disability or retirement, you or your beneficiary will receive your account balance in accordance with the provisions of the Southern Pan Services Company Employee Stock Ownership Plan document. If you terminate employment for any other reason, you will receive the vested balance shown above in accordance with the provisions of the Southern Pan Services Company Employee Stock Ownership Plan.

This statement was prepared based on information provided by your Plan Administrator. If you have any questions regarding this statement or the Plan, please contact your Plan Administrator at (678) 301-2400.