# EXHIBIT D

# MONNOLLY PRIDGEN LLC

Tower Place
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326

www.mplaw-llc.com

**Nancy B. Pridgen**    404.551.5884 direct    E-mail: nancy@mplaw-llc.com
678.812.3654 facsimile

June 3, 2015

<u>*VIA UPS Tracking* 1Z46E7V00390632600</u>

Southern Pan Services Company
Attn: The ESOP Plan Administrator
2385 Lithonia Industrial Blvd.
Lithonia, GA 30058

    Re:    *Timothy Postma – Request for Distribution of Vested ESOP Account*

Dear Messrs. Jeremy Cantrill/Ken Dickey (the ESOP Plan Administrator):

In early December, 2014, I wrote to you on behalf of my client, Timothy Postma ("Mr. Postma") with regard to his interest in the Southern Pan Services Employee Stock Ownership Plan ("ESOP"). That written December correspondence has thus far gone completely unanswered.

My December, 2014 correspondence did two things. First, it requested documents (which you are statutorily required to produce, pursuant to 29 U.S.C. § 104(b)(4)) under which the plan is administered, including an official claim form for requesting distributions and a "distribution policy" both mentioned in the Summary Plan Description. Pursuant to ERISA, those documents were due to me within thirty (30) days, but I have not yet received them. To the extent you are withholding such documents, please be advised the law imposes a potential $110/day penalty upon their non-production, enforceable via 29 U.S.C. § 1132(c).

Second, my previous correspondence noted that Mr. Postma's ESOP lump sum cash distribution is due "no later than" **June 29, 2015**. I have received no acknowledgement of Mr. Postma's distribution request/claim, which is technically due under the Plan within ninety (90) days of the claim being made – such date has come and gone. Please confirm whether you will be distributing Mr. Postma's ESOP account on time, in accordance with the Plan and with his December, 2014 request.

Thank you in advance for your prompt and professional attention to these matters. If you have any questions or require clarification of anything in this letter, please contact me immediately at (404) 551-5884 or nancy@mplaw-llc.com.

Sincerely,

Nancy B. Pridgen

cc via email: Tim Postma, Bernard Kearse