UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY POSTMA,<br><br>     Plaintiff,<br><br>v.<br><br>SOUTHERN PAN SERVICES COMPANY EMPLOYEE STOCK OWNERSHIP PLAN, and KEN DICKEY and JEREMY CANTRILL in their capacity as the ESOP PLAN ADMINISTRATOR(S),<br><br>     Defendants. | Case No. 1:15-cv-03435-TWT |

## RESPONSE TO ORDER (DOC. 9) AND NOTICE OF SETTLEMENT

   Plaintiff hereby NOTIFIES the Court that THE PARTIES to this action have reached a settlement of this matter, as was explained in a voicemail left for the Court's courtroom deputy on or about May 20, 2016, after receipt of Doc. 9.  The Parties respectfully request two (2) weeks from today to finalize the settlement and file dismissal papers.  Respectfully submitted this 8th day of June, 2016.

                              _/s/  Nancy B. Pridgen_____
                              Nancy B. Pridgen
                              Georgia Bar No. 587949

PATEL BURKHALTER LAW GROUP
4045 Orchard Road, Building 400
Atlanta, Georgia 30080

- 1 -

Phone:  678-974-1721
Fax:  678-812-3654
Email: npridgen@patelburkhalter.com
*Attorney for Plaintiff*